IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

LAWYER PORTER                                                                                PLAINTIFF

V.                                                           CAUSE NO. 2:09CV222-MPM-DAS

TUNICA COUNTY GOVERNMENT                                                        DEFENDANT

## ORDER

The defendant having filed a Waiver of the Service of Summons (# 7) on January 27, 2010, the United States Marshal is no longer obligated to serve process as directed in the court's January 15 Order (# 3). In accordance with Rule 4(d)(3) of the *Federal Rules of Civil Procedure*, the defendant shall file its responsive pleading on or before March 29, 2010.

**SO ORDERED** this 28th day of January, 2010.

                                                    **/s/ David A. Sanders**
                                                      U. S. MAGISTRATE JUDGE