**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION**

**LAWYER PORTER**                                                                           **PLAINTIFF**

**V.**                                                           **CAUSE NO. 2:09CV222-MPM-DAS**

**TUNICA COUNTY GOVERNMENT**                                             **DEFENDANT**

## ORDER DEEMING COMPLAINT AMENDED

The court conducted a case management conference in this case on June 18, 2010. During the conference, the *pro se* plaintiff clarified that the only claim he intends to pursue in this lawsuit is a claim for race discrimination. Accordingly, upon the agreed *ore tenus* motion of the parties it is,

**THEREFORE, ORDERED**, that the complaint is this day deemed amended and/or clarified to reflect that the only claim stated in the complaint is a claim for race discrimination.

**THIS** 21st day of June, 2010.

                                                                         **/s/ David A. Sanders**
                                                                         **U. S. MAGISTRATE JUDGE**