IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

LAWYER PORTER, JR.                                                                                           PLAINTIFF

VS                                                                         CIV. ACTION NO.: 2:09cv222-M-V

TUNICA COUNTY GOVERNMENT                                                                   DEFENDANT

### ORDER

This matter is before the court on the agreed *ore tenus* motion of the parties to allow TO extend the discovery and motions deadlines ten (10) days. Trial in this case is set for February 13, 2012. After considering the motion and the trial date, the court finds the motion to be well taken. However, the parties are instructed that further extensions cannot be granted without a continuance of the trial date.

**IT IS, THEREFORE, ORDERED** that the following extensions are granted:

Discovery deadline: September 30, 2011; and
Motions deadline other than motions *in limine*: October 17, 2011.

SO ORDERED, this the 9th day of September 2011

/s/ Jane M. Virden
UNITED STATES MAGISTRATE JUDGE